IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Little, Vidyapati

Printed: 01/06/09

Case Number: 08 B 03840
Judge: Wedoff, Eugene R
Filed: 2/20/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 13, 2008
Confirmed: April 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 220.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 205.69 |
| Trustee Fee: |  | 14.31 |
| Other Funds: |  | 0.00 |
| Totals: | 220.00 | 220.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & Gleason | Administrative | 2,500.00 | 205.69 |
| 2. | Illinois Dept of Revenue | Priority | 333.29 | 0.00 |
| 3. | AAA Checkmate LLC | Unsecured | 105.34 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 88.58 | 0.00 |
| 5. | Nationwide Cassel | Unsecured | 514.64 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 277.54 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 5.30 | 0.00 |
| 8. | Wells Fargo Financial Illinois Inc | Unsecured | 778.05 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 49.16 | 0.00 |
| 10. | MCI | Unsecured | 51.06 | 0.00 |
| 11. | R & R Country Motors | Secured |  | No Claim Filed |
| 12. | R & R Country Motors | Unsecured |  | No Claim Filed |
| 13. | HSBC Taxpayer Financial Services | Unsecured |  | No Claim Filed |
| 14. | AT&T Credit Management | Unsecured |  | No Claim Filed |
| 15. | Comcast | Unsecured |  | No Claim Filed |
| 16. | IQ Tel | Unsecured |  | No Claim Filed |
| 17. | US Cellular | Unsecured |  | No Claim Filed |
| 18. | TCF Bank | Unsecured |  | No Claim Filed |
| 19. | T Mobile USA | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,702.96 | $ 205.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 14.31 |
|  | $ 14.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Little, Vidyapati | Case Number: 08 B 03840 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/06/09 | Filed: 2/20/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

